**Robert DeRue MAWHINEY, Appellant,**

v.

**WARREN DISTRIBUTION, INC., Appellee.**

No. 07–2753.

United States Court of Appeals, Eighth Circuit.

Submitted: June 27, 2008.

Filed: July 10, 2008.

Robert DeRue Mawhiney, Omaha, NE, pro se.

Allison Balus, Heidi Ann Guttau–Fox, Christopher R. Hedican, Baird & Holm, Omaha, NE, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Robert Mawhiney appeals the district court's[1] adverse grant of summary judgment in his action against his former employer, Warren Distribution, Inc. After carefully reviewing the record and Mawhiney's arguments on appeal, we find no basis for reversal. *See Hervey v. County of Koochiching*, 527 F.3d 711, 718–20 (8th Cir.2008) (standard of review). We also conclude that the district court properly denied as moot Mawhiney's motions related to the pretrial conference. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.